UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00578-WYD

ROGER ALLEN PRIDDY,

    Applicant,

v.

H.A. RIOS, JR., Warden,

    Respondent.

_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Applicant's Motion to Expedite Order or in the Alternative Motion to Re-New Injunctive Relief, filed August 9, 2005, is **DENIED**.

Dated:  August 11, 2005

                                           s/ Tisa M. Duckworth
                                           Judicial Assistant