IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 05-cv-00578-WYD

ROGER ALLEN PRIDDY,

    Applicant,

v.

H. A. RIOS, JR., Warden,

    Respondent.

## ORDER TO SUPPLEMENT RECORD

Applicant Roger Allen Priddy was a prisoner in the custody of the United States Bureau of Prisons (BOP) who was incarcerated at the Federal Prison Camp in Florence, Colorado, when he initiated the instant action by filing *pro se* a habeas corpus application pursuant to 28 U.S.C. § 2241.  According to the Federal Bureau of Prisons' (BOP) inmate locator on the BOP website, www.bop.gov, Mr. Priddy was released from custody on January 20, 2006.  Therefore, the respondent will be directed to provide any information available concerning Mr. Priddy's current whereabouts. Accordingly, it is

ORDERED that the respondent is directed **within thirty (30) days from the date of this order** to provide any information available concerning the current whereabouts of Applicant Roger Allen Priddy.  It is

FURTHER ORDERED that the clerk of the Court mail a copy of this order to Mr.

Priddy at his last known address.

Dated: September 25, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge