IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 05-cv-00578-WYD

ROGER ALLEN PRIDDY,

    Applicant,

v.

H. A. RIOS, JR., Warden,

    Respondent.

## ORDER DENYING 28 U.S.C. § 2241 APPLICATION

Applicant Roger Allen Priddy was a prisoner in the custody of the United States Bureau of Prisons (BOP) who was incarcerated at the Federal Prison Camp in Florence, Colorado, when he initiated the instant action by filing *pro se* a habeas corpus application pursuant to 28 U.S.C. § 2241.  Through the habeas corpus application, Mr. Priddy challenged BOP regulations that prevented him from being placed in community corrections prior to the last ten percent of his sentence.

On September 25, 2006, I ordered the respondent to supplement the record by providing within thirty days any information available concerning Mr. Priddy's whereabouts.  At the time of the September 25 order, the inmate locator on the BOP website, www.bop.gov, indicated that Mr. Priddy had been released from custody on January 20, 2006.

On October 12, 2006, the copy of the September 25, 2006, order to supplement mailed to Mr. Priddy at his Federal Prison Camp address was returned to the court in an envelope marked "Return to Sender Attempted – Not Known Unable to Forward." On October 17, 2006, the respondent submitted an answer to the September 25 order to supplement.

In the October 17, 2006, answer, the respondent asserted that on January 9, 2006, Mr. Priddy was sent to a community corrections center, and that on January 20, 2006, he was placed on technical escape status until September 29, 2006, when he was taken back into the custody of the United States Marshals Service. He currently is confined at the Federal Correctional Institution at Englewood, located in Littleton, Colorado. Respondent contended that, as a result of his escape, Mr. Priddy now had a projected release date of November 5, 2006.

On October 25, 2006, based upon the information provided in the October 17 answer, I ordered Mr. Priddy to show cause within fifteen days why the habeas corpus application should not be denied as moot because on January 9 he received the relief requested in this action. In the October 25 order, I warned Mr. Priddy that his failure to respond as directed within the time allowed would result in the denial of the application and the dismissal of this action without further notice. I also directed the clerk of the court to mail the October 25 order to Mr. Priddy at his current address. Mr. Priddy has failed within the time allowed to respond to the October 25 order or otherwise to communicate with the court in any way. Accordingly, it is

ORDERED that the habeas corpus application is **DENIED** for failure to prosecute and as moot because on January 9, 2006, Applicant Roger Allen Priddy received the relief requested in this action, and that this civil action is **DISMISSED** without prejudice.

Dated: November 22, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge